No. 97–5866. BRYAN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–5869. FLETCHER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 97–5881. CLASE-ESPINAL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–5890. BELL v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–5894. OKORO v. STRUBBE ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–5908. LOVE v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 97–5910. CHANEY v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 97–5915. STENGER v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5939. JACKSON v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–5943. SMITH v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 97–5944. HAYES v. CORRECTION MANAGEMENT AFFILIATES, INC. C. A. 10th Cir. Certiorari denied.

No. 97–5947. SWIFT v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 97–5950. ANONYMOUS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 97–5996. JACKSON v. LARKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.